CLOSED, ECF, RELATED

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:06-cv-02934-DAB
# Internal Use Only

Bruen v. National Association of Securities Dealers, Inc. et al
Assigned to: Judge Deborah A. Batts
Demand: $3,000,000
Related Case: 1:06-cv-02388-DAB
Cause: 28:1332 - Diversity: Securities & Exchange Commiss

Date Filed: 04/14/2006
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

## Plaintiff
**James Bruen**

V.

## Defendant
**National Association of Securities Dealers, Inc.**    represented by **Matthew Dempsey McGill**
Gibson, Dunn and Crutcher (DC)
1050 Connecticut Ave. NW.,
Washington, DC 20008
(202) 887-3680
Fax: (202) 530-9662
Email: mmcgill@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant
**The Thomson Corporation**    represented by **James Frederick Rittinger**


A TRUE COPY
J. MICHAEL McMAHON, CLERK
BY _____ DEPUTY CLERK

Satterlee Stephens Burke &
Burke LLP
230 Park Avenue
New York, NY 10169
(212) 818-9200
Fax: (212) 818-9606
Email: jrittinger@ssbb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/14/2006 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 600946/06. (Filing Fee $ 350.00, Receipt Number 576123).Document filed by National Association of Securities Dealers, Inc., The Thomson Corporation. (mbe, ) Additional attachment(s) added on 4/18/2006 (mbe, ). (Entered: 04/14/2006) |
| 04/14/2006 |  | CASE REFERRED TO Judge Debroah A. Batts as possibly Related to 06-cv-2388. (mbe, ) (Entered: 04/14/2006) |
| 04/14/2006 |  | Case Designated ECF. (mbe, ) (Entered: 04/14/2006) |
| 04/14/2006 | 2 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by National Association of Securities Dealers, Inc., The Thomson Corporation.(mbe, ) Additional attachment(s) added on 4/18/2006 (mbe, ). (Entered: 04/14/2006) |
| 04/14/2006 | 3 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 06-cv-2388. Document filed by National Association of Securities Dealers, Inc., The Thomson Corporation.(mbe, ) Additional attachment(s) added on 4/18/2006 (mbe, ). (Entered: |

| | | |
|---|---|---|
| | | 04/14/2006) |
| 04/17/2006 | 4 | NOTICE of Filing of Motion to Transfer. Document filed by National Association of Securities Dealers, Inc.. (Attachments: # 1 Appendix)(McGill, Matthew) (Entered: 04/17/2006) |
| 04/19/2006 | 5 | CERTIFICATE OF SERVICE of Notice of Removal served on Plaintiff on 04/14/2006. Service was made by Mail. Document filed by National Association of Securities Dealers, Inc.. (McGill, Matthew) (Entered: 04/19/2006) |
| 04/19/2006 | 6 | FILING ERROR - DEFICIENT DOCKET ENTRY - MOTION to Stay Proceedings Pending Transfer Decision. Document filed by National Association of Securities Dealers, Inc. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5)(McGill, Matthew) Modified on 4/20/2006 (kg). (Entered: 04/19/2006) |
| 04/19/2006 | | ***Motion(s) terminated: 6 MOTION to Stay Proceedings Pending Transfer Decision filed by National Association of Securities Dealers, Inc. (kg) (Entered: 04/20/2006) |
| 04/20/2006 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Matthew D. McGill to RE-FILE Document 6 MOTION to Stay Proceedings Pending Transfer Decision. ERROR(S): Filing Error of Attachments. Supporting Documents must be filed separately. Memorandum of Law in support of motion found under Responses and Replies. (kg) (Entered: 04/20/2006) |
| 04/20/2006 | 7 | MOTION to Stay *Proceedings Pending Transfer Decision*. Document filed by National Association of Securities Dealers, Inc.. (McGill, Matthew) (Entered: 04/20/2006) |
| | | |

| | | |
|---|---|---|
| 04/20/2006 | 8 | MEMORANDUM OF LAW in Support re: 7 MOTION to Stay *Proceedings Pending Transfer Decision..* Document filed by National Association of Securities Dealers, Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5) (McGill, Matthew) (Entered: 04/20/2006) |
| 04/21/2006 | 9 | DEMAND for Trial by Jury. Document filed by James Bruen(Tacopina, Joseph) (Entered: 04/21/2006) |
| 04/21/2006 | | CASE ACCEPTED AS RELATED TO 1:06-cv-2388. Notice of Assignment to follow. (kco, ) (Entered: 04/25/2006) |
| 04/21/2006 | 10 | NOTICE OF CASE ASSIGNMENT to Judge Deborah A. Batts. Judge Unassigned is no longer assigned to the case. (kco, ) (Entered: 04/25/2006) |
| 04/21/2006 | | Magistrate Judge Henry B. Pitman is so designated. (kco, ) (Entered: 04/25/2006) |
| 04/21/2006 | | Mailed notice to the attorney(s) of record of case assignment. (kco, ) (Entered: 04/25/2006) |
| 04/27/2006 | 11 | ORDER that the motion of National Association of Securities Dealers, Inc. to stay all proceedings in this action pending a transfer decision by the Judicial Panel on Multidistrict Litigation is granted. (Signed by Judge Colleen McMahon on 4/25/06) (dle, ) (Entered: 04/28/2006) |
| 04/27/2006 | | ***Motion(s) terminated: 7 MOTION to Stay *Proceedings Pending Transfer Decision.* filed by National Association of Securities Dealers, Inc.,. (dle, ) (Entered: 04/28/2006) |
| 08/15/2006 | | MDL TRANSFER OUT: Mailed documents numbered 1-12, certified copy of docket entries and transfer order along with letter of acknowledgment to the United States District Court - District of Columbia. Mailed via Federal Express AIRBILL # 8575 0916 |

| | | |
|---|---|---|
| | | 5300 on 9/26/6. (laq, ) (Entered: 09/26/2006) |
| 08/15/2006 | 12 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER OUT ORDER FROM THE MDL PANEL...transferring this action from the U.S.D.C. - S.D.N.Y to the United States District Court - District of Columbia. (Signed by Judge MDL Panel on 7/12/6) (laq, ) (Entered: 09/26/2006) |